The Honorable Stephanie A. Gallagher

Hello and Good Day,

    My name is Edgrenia F. Campbell. I am the mother of Zachary Campbell. I am a full time ███████████. I am also a two time ███████████ Thank you for devoting your time to read my letter.

Zachary was born with the umbilical cord slightly around his neck on November 21st. Zachary is the 4th child of 5 and he and I would watch Iron Giant (a cartoon movie) several times a week. He loved that movie as a child. He was and still is very shy. Zachary has a learning disability and always had an IEP in school. He was never mentally mature and bonds more with his nephews (11,13) more than anyone else. They would play on the PlayStation together.

Zachary never had his own apartment or could never speak up for himself. I would make all his appointments for him. Although he was never mentally mature, Zachary was very neat, clean and would always clean up to keep busy. I would never have to ask him twice when it came to cleaning. Zachary was very helpful around the house and would help my mother who is 93yrs old, with whatever she needed. He would rub her hands, because of her arthritis. Zachary is sweet and would do anything for whoever was in need. Growing up Zachary suffered from low self esteem. Around the house Zachary would fix our TV's, DVD's and radios. When he was a little boy he was bullied a lot. He didn't have many friends in school and was molested, by a male and female on two different era's of life. Zachary suffered an injury when he was 6 or 7 where he damaged his kidney and it was repaired. He was hospitalized for over a few months.

Zachary would constantly ask me, "Ma am I ugly" due to his low self esteem. He would cry and say "Yes I am". Zachary would stay in his room and have to be forced to come out. He hated going to family events and parties.

Your honor I love my baby.

Zachary came to me one day and stated that he felt funny and I would ask "Are you sick"? He would say, "I do not feel right" and ask How I would feel if he died. I would try to reassure Zachary that I loved him and would be so devastated. I would say things like "I can't live without you". The following days I made calls to try and get him help. I believe he tried to end his life, because he had rope bruising around his neck a few times. Zachary would see a therapist, individually and group therapy and I feel like we made slight progress. Jail, prison is Not the answer. Zachary needs to get resolution and medication. His father was killed in 2007 and Zachary took his death very hard. He could not understand why. I visit Zachary once a week and look forward to seeing him, however it is very hard to see my son behind a glass. Not being able to physically touch or hug him and knowing that jail is going to further mentally damage him. It

is important for a mother and son to hug and touch and that is now something I cannot do. By the time the visit is over we are both in tears.

Zachary has a slew of relatives that love and care about him ████████. I can only tell them how Zachary is. We all express, if we knew, what we would have done different, and Zachary beats himself up everyday about his choices. Please see Zachary for the loving son, brother and father he is.

A mothers love is truly unconditional.

Thank you for giving me this opportunity to write to you.

Sincerely with great sadness and faith

Edgrenia F. Campbell